FILED
2005 May-27 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICIA R. BEARD,

PLAINTIFF,

V.                                        CIVIL ACTION NO. CV-04-HGD-2357-S

REGIONS FINANCIAL CORPORATION
and RANDY TIDWELL,

DEFENDANT.

## JOINT STIPULATION OF DISMISSAL

Come now the parties by and through their respective counsel, and stipulate to the dismissal of this case, and any and all claims herein, with prejudice, each party to bear its own costs.

_____
David R. Arendall
Stephanie S. Woodard
Attorneys for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203


_____
Warren B. Lightfoot, Jr.
Attorney for Defendant

OF COUNSEL:
MAYNARD, COOPER & GALE, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203